# EXHIBIT S

**Exhibit S - U.S. Patent No. 8,378,817 – ADT Go**

| Claim 1 |
|---|

A method comprising:
**receiving one or more signals** containing a device identifier and a device condition from one or more remote alarm monitoring systems;



**Source:** https://play.google.com/store/apps/details?id=com.adt.android.adtgo&hl=en_US

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

**Exhibit S - U.S. Patent No. 8,378,817 – ADT Go**

| Claim 1 |
| --- |

A method comprising:
**receiving one or more signals** containing a device identifier and a device condition from one or more remote alarm monitoring systems;



**Source:** https://www.adt.com/go

| Claim 1 |
|---|

A method comprising:

receiving one or more signals containing a **device identifier** and a device condition from one or more remote alarm monitoring systems;





**Source:** https://play.google.com/store/apps/details?id=com.adt.android.adtgo&hl=en_US

**Exhibit S - U.S. Patent No. 8,378,817 – ADT Go**

| Claim 1 |
| --- |

A method comprising:
receiving one or more signals containing a device identifier and a **device condition** from one or more remote alarm monitoring systems;



**Source:** https://www.adt.com/go

**Exhibit S - U.S. Patent No. 8,378,817 – ADT Go**

| Claim 1 |
| --- |

A method comprising:

receiving one or more signals containing a device identifier and a **device condition** from one or more remote alarm monitoring systems;

   

**Source:** https://www.adt.com/help/faq/adt-go

| Claim 1 |
|---|

retrieving **enhanced information** based on the device identifier and the device condition;



**Source:** https://www.adt.com/go

**Exhibit S - U.S. Patent No. 8,378,817 – ADT Go**

Claim 1

retrieving enhanced information based on the **device identifier** and the **device condition**;



**Source:** https://www.adt.com/go

**Exhibit S - U.S. Patent No. 8,378,817 – ADT Go**

Claim 1

determining one or more **communication methods** and **communication destinations** based on the device identifier and the **device condition**; and

## 10. What is Driver Protect?

Driver Protect is a premium product that provides driving peace of mind for you and your loved ones. When ADT Go detects a crash from a Family member, we contact the member and their emergency contacts right away.* We dispatch emergency services by request, even if they can't answer. With Driver Protect, your entire Family can view driving events, including phone usage during drives, hard braking, rapid acceleration and top speed. Crash detection does not detect 100% of automobile crashes. The driver's cell phone must be on, powered, and fully functional for crash detection features to work.

Your Family also has access to 24/7 Live Driver Support, which you can call at anytime, anywhere for help with minor accidents, towing, jump starts, emergency weather advice and more. Driver Protect uses patent-pending advanced technology to help keep you and your loved ones safe when driving. ADT's proprietary Driver Protect service uses next generation software and algorithms that allow ADT to analyze your activities and behavior and then notify us in case of an accident.

*Crash detection, emergency response and 24/7 Live Driver Support are only available in the U.S. Crash detection does not detect 100% of automobile crashes.

Keep track of your family with **Family Location Sharing**, and help keep them safe with **SOS Emergency Response** and **Crash Detection** with emergency notification.

Call Now (888) 631-8020

^Additional charge for ADT Go Premium services after 6/1/18.

**Source:** https://www.adt.com/help/faq/adt-go, https://www.adt.com/go

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

8

**Exhibit S - U.S. Patent No. 8,378,817 – ADT Go**

| Claim 1 |
|---|

**dispatching the enhanced information** to the one or more **communication destinations** using the one or more communication methods; and

## 10. What is Driver Protect?

Driver Protect is a premium product that provides driving peace of mind for you and your loved ones. When ADT Go detects a crash from a Family member, we contact the member and their emergency contacts right away.* We dispatch emergency services by request, even if they can't answer. With Driver Protect, your entire Family can view driving events, including phone usage during drives, hard braking, rapid acceleration and top speed. Crash detection does not detect 100% of automobile crashes. The driver's cell phone must be on, powered, and fully functional for crash detection features to work.

Your Family also has access to 24/7 Live Driver Support, which you can call at anytime, anywhere for help with minor accidents, towing, jump starts, emergency weather advice and more. Driver Protect uses patent-pending advanced technology to help keep you and your loved ones safe when driving. ADT's proprietary Driver Protect service uses next generation software and algorithms that allow ADT to analyze your activities and behavior and then notify us in case of an accident.

*Crash detection, emergency response and 24/7 Live Driver Support are only available in the U.S. Crash detection does not detect 100% of automobile crashes.

Keep track of your family with **Family Location Sharing**, and help keep them safe with **SOS Emergency Response** and **Crash Detection** with emergency notification.

Call Now (888) 631-8020

^Additional charge for ADT Go Premium services after 6/1/18.

**Source:** https://www.adt.com/help/faq/adt-go, https://www.adt.com/go

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

9

| Claim 1 |

wherein the retrieving enhanced information based on the device identifier and the device condition comprises **retrieving images** based on the device identifier and the device condition, the images comprising all of the members selected from the group consisting of superimposed visual indicators, hierarchically organized graphical images, and vector-based graphical images.



**Source:** https://www.adt.com/go

**Exhibit S - U.S. Patent No. 8,378,817 – ADT Go**

| Claim 1 |

wherein the retrieving enhanced information based on the device identifier and the device condition comprises retrieving images based on the device identifier and the device condition, the images comprising all of the members selected from the group consisting of **superimposed visual indicators**, hierarchically organized graphical images, and vector-based graphical images.



**Source:** https://www.adt.com/go

**Exhibit S - U.S. Patent No. 8,378,817 – ADT Go**

| Claim 1 |
| --- |

wherein the retrieving enhanced information based on the device identifier and the device condition comprises retrieving images based on the device identifier and the device condition, the images comprising all of the members selected from the group consisting of superimposed visual indicators, **hierarchically organized graphical images**, and vector-based graphical images.



**Source:** https://www.adt.com/go,  https://www.adt.com/help/faq/adt-go

Claim 1

wherein the retrieving enhanced information based on the device identifier and the device condition comprises retrieving images based on the device identifier and the device condition, the images comprising all of the members selected from the group consisting of superimposed visual indicators, hierarchically organized graphical images, and **vector-based graphical images**.



**Source:** https://www.adt.com/go

**Exhibit S - U.S. Patent No. 8,378,817 – ADT Go**

| Claim 3 |
| --- |

The method of claim 1, wherein the receiving one or more signals containing a device identifier and a device condition from one or more remote alarm monitoring systems comprises: receiving one or more signals containing a device condition of **normal**, **fault**, and **supervisory** from one or more remote alarm monitoring systems.

A drive is detected after 1/4 mile of constant motion at a speed of at least 20/mph. Driver Protect will not work in vehicles that are moving under 20/mph (so some fender benders and rear-end bumps will not register). Driver Protect depends on data from the user's mobile phone, so if cell service or bandwidth or GPS signals are interrupted or less than two signal bars, Driver Protect may not properly function. Driver Protect won't work when the phone battery is 20% or lower.

### 14. What is displayed within the app when a Family member's battery dies? Is it their last known location?

Yes, when someone's battery dies, the ADT Go app will display their last known time and location.

### 10. What is Driver Protect?

Driver Protect is a premium product that provides driving peace of mind for you and your loved ones. When ADT Go detects a crash from a Family member, we contact the member and their emergency contacts right away.* We dispatch emergency services by request, even if they can't answer. With Driver Protect, your entire Family can view driving events, including phone usage during drives, hard braking, rapid acceleration and top speed. Crash detection does not detect 100% of automobile crashes. The driver's cell phone must be on, powered, and fully functional for crash detection features to work.

Your Family also has access to 24/7 Live Driver Support, which you can call at anytime, anywhere for help with minor accidents, towing, jump starts, emergency weather advice and more. Driver Protect uses patent-pending advanced technology to help keep you and your loved ones safe when driving. ADT's proprietary Driver Protect service uses next generation software and algorithms that allow ADT to analyze your activities and behavior and then notify us in case of an accident.

*Crash detection, emergency response and 24/7 Live Driver Support are only available in the U.S. Crash detection does not detect 100% of automobile crashes.

**Source:** https://www.adt.com/help/faq/adt-go

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

**Exhibit S - U.S. Patent No. 8,378,817 – ADT Go**

| Claim 6 |
| --- |

The method of claim 1, wherein the retrieving enhanced information based on the device identifier and the device condition comprises: retrieving enhanced information including one or more **communication links** based on the device identifier and the device condition.

# Location Sharing

With everyone's busy schedule, ADT Go with real-time GPS location data, private family maps and push notifications makes it easier to keep track of everyone as you all go about your days and nights.

Call Now (888) 631-8020

**Source:** https://www.adt.com/go

**Exhibit S - U.S. Patent No. 8,378,817 – ADT Go**

| Claim 6 |
|---|

The method of claim 1, wherein the retrieving enhanced information based on the device identifier and the device condition comprises: retrieving enhanced information including one or more **communication links** based on the device identifier and the device condition.



**Source:** https://www.adt.com/help/faq/adt-go

**Exhibit S - U.S. Patent No. 8,378,817 – ADT Go**

Claim 7

The method of claim 6, wherein the retrieving enhanced information including one or more communication links based on the device identifier and the device condition comprises: retrieving enhanced information including one or more **communication links organized on one or more graphical images** based on the device identifier and the device condition.



**Source:** https://www.adt.com/help/faq/adt-go

Claim 8

The method of claim 1, wherein the retrieving enhanced information based on the device identifier and the device condition comprises: retrieving enhanced information including **written information** based on the device identifier and the device condition.



**Source:** https://www.adt.com/go

**Exhibit S - U.S. Patent No. 8,378,817 – ADT Go**

| Claim 11 |
|---|

The method of claim 1, wherein the determining one or more communication methods and communication destinations based on the device identifier and the device condition comprises: determining one or more communication methods of email, text message, **instant message**, website link, **phone**, and mail based on the device identifier and the device condition.



**Source:** https://www.adt.com/go

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

19

**Exhibit S - U.S. Patent No. 8,378,817 – ADT Go**

Claim 12

The method of claim 1, wherein the determining one or more communication methods and communication destinations based on the device identifier and the device condition comprises: determining one or more device communication destinations of a personal computer, a **phone**, a **mobile device**, a display, and a custom device based on the device identifier and the device condition.



**Source:** https://www.adt.com/go

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

20

**Exhibit S - U.S. Patent No. 8,378,817 – ADT Go**

| Claim 13 |
|---|

The method of claim 1, wherein the determining one or more communication methods and communication destinations based on the device identifier and the device condition comprises: determining one or more entity communication destinations of an **<span style="color:red">authority</span>**, a **<span style="color:red">first responder</span>**, a service company, an owner, a manager, a staff, an occupant, a supplier, a customer, a neighbor, and **<span style="color:blue">a custom entity</span>** based on the device identifier and the device condition.

## 10. What is Driver Protect?

Driver Protect is a premium product that provides driving peace of mind for you and your loved ones. When ADT Go detects a crash from a Family member, we contact the member and their emergency contacts right away.* We dispatch emergency services by request, even if they can't answer. With Driver Protect, your entire Family can view driving events, including phone usage during drives, hard braking, rapid acceleration and top speed. Crash detection does not detect 100% of automobile crashes. The driver's cell phone must be on, powered, and fully functional for crash detection features to work.

Your Family also has access to 24/7 Live Driver Support, which you can call at anytime, anywhere for help with minor accidents, towing, jump starts, emergency weather advice and more. Driver Protect uses patent-pending advanced technology to help keep you and your loved ones safe when driving. ADT's proprietary Driver Protect service uses next generation software and algorithms that allow ADT to analyze your activities and behavior and then notify us in case of an accident.

*Crash detection, emergency response and 24/7 Live Driver Support are only available in the U.S. Crash detection does not detect 100% of automobile crashes.

Keep track of your family with **Family Location Sharing**, and help keep them safe with **SOS Emergency Response** and **Crash Detection** with emergency notification.

Call Now (888) 631-8020

^Additional charge for ADT Go Premium services after 6/1/18.

**Source:** https://www.adt.com/help/faq/adt-go, https://www.adt.com/go

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

**Exhibit S - U.S. Patent No. 8,378,817 – ADT Go**

Claim 14

The method of claim 1, wherein the dispatching the enhanced information to the one or more communication destinations using the one or more communication methods comprises: dispatching the enhanced information **automatically without requiring operator intervention** to the one or more communication destinations using the one or more communication methods.

### 10. What is Driver Protect?

Driver Protect is a premium product that provides driving peace of mind for you and your loved ones. When ADT Go detects a crash from a Family member, we contact the member and their emergency contacts right away.* We dispatch emergency services by request, even if they can't answer. With Driver Protect, your entire Family can view driving events, including phone usage during drives, hard braking, rapid acceleration and top speed. Crash detection does not detect 100% of automobile crashes. The driver's cell phone must be on, powered, and fully functional for crash detection features to work.

Your Family also has access to 24/7 Live Driver Support, which you can call at anytime, anywhere for help with minor accidents, towing, jump starts, emergency weather advice and more. Driver Protect uses patent-pending advanced technology to help keep you and your loved ones safe when driving. ADT's proprietary Driver Protect service uses next generation software and algorithms that allow ADT to analyze your activities and behavior and then notify us in case of an accident.

*Crash detection, emergency response and 24/7 Live Driver Support are only available in the U.S. Crash detection does not detect 100% of automobile crashes.

**Source:** https://www.adt.com/help/faq/adt-go

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

22