# EXHIBIT T

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

Claim 1

A non-volatile and non-transient computer-readable medium comprising machine-executable code comprising:
code **receiving one or more signals** containing a device identifier and a device condition from one or more remote alarm monitoring systems;



**Source:** https://www.cepro.com/article/architecture_of_adt_pulse_what_it_can_cannot_do

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 1 |
|---|

A non-volatile and non-transient computer-readable medium comprising machine-executable code comprising:
code receiving one or more signals containing a **device identifier** and a device condition from one or more remote alarm monitoring systems;

## Z-Wave™

### The heart of ADT Pulse

It's what makes a smart home smart. ADT Pulse relies on Z-wave wireless technology to help your home's electronics talk to each other, and to you. It unifies them into an integrated network, and can be added to almost any electronic device in your house.

# Introduction to Z-Wave

Z-Wave™ is a technology that uses radio frequency (RF) signals to control compatible devices.  Using RF signals allows wireless control of the devices, so there's no need to run new wires around the home.

Each Z-Wave device is assigned a unique identification number, or "node ID", to distinguish it from other Z-Wave devices.  So even if you have ten of the same type of light switches installed, each one will have its own node ID.  The node is not factory-set – it's set at the time the device is added to the Z-Wave "network".  This is done when the device is synced to the Z-Wave Remote Control Unit.

Network refers to the collection of Z-Wave devices in the home.

**Source:** https://www.adtpulse.com/home/how-pulse-works/z-wave.html,
https://www.homeseer.com/support/homeseer/WebHelp2/features/features_zwave_intro.htm

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 1 |
|---|

A non-volatile and non-transient computer-readable medium comprising machine-executable code comprising:
code receiving one or more signals containing a **device identifier** and a **device condition** from one or more remote alarm monitoring systems;



**Source:** Web Portal User Guide (pg. 15) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 1 |
|---|

A non-volatile and non-transient computer-readable medium comprising machine-executable code comprising:
code receiving one or more signals containing a device identifier and a **device condition** from one or more remote alarm monitoring systems;

❑ **Security:** Indicates the arm state of the security system, the currently active mode, and the current status of all security and environmental sensors at your site.

**Security**

The Security section provides a quick status report on your security system, including:

❑ The Modes button, showing the currently-active mode.

❑ The system icon, which indicates the security system's status (See "System Icon" on page 17 for more information about the system icon.)

❑ The status of each security and environmental sensor at your site:

| Icon | Description |
|---|---|
| 🟢 | A green circle indicates no sensor activity, quiet status, and no problems. |
| 🟡 | A yellow circle indicates sensor activity, such as an open door or window, or motion detected. |
| 🟠 | Motion detected |
| 🔴 | A red diamond indicates an alarm or environmental sensor tripped that requires immediate attention, or a device with a trouble or tamper condition. |
| 🔴 | A red diamond with a battery icon indicates a low battery. |
| 🔴 | A red diamond with a minus sign indicates a device that is offline. |
| ⏺ | A gray clock indicates the sensor is installing. |
| ◈ | A gray diamond indicates an unknown state (generally because remote access to the security system is currently unavailable). |

**Source:** Web Portal User Guide (pg. 16) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 1 |
|---|

code retrieving **enhanced information** based on the device identifier and the device condition;



**Source:** Web Portal User Guide (pg. 15) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 1 |
|---------|

code retrieving enhanced information based on the **device identifier** and the **device condition**;



**Source:** Web Portal User Guide (pg. 15) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 1 |
|---|

code determining one or more **communication methods** and **communication destinations** based on the device identifier and the device condition; and

## Alerts Tab

### Overview of the Alerts Tab

Alerts provide information about what is happening at your site, so you can be aware of all events, even when you are away. You can set up your system to send email and/or text messages (SMS) to a PC, PDA, or cell phone, alerting you when each type of event occurs or in the absence of an event. You can determine the type of alert and what kinds of events you want to know about.

In addition, you can specify that a picture or video clip accompany the alert. In that case, the email message contains the picture as an attachment or a link to the video clip.

**Note:** Due to their short length and text-based content, text messages do not include picture attachments or video clip links.

The recipient can view the attached picture or click the link to view the video clip in the web or mobile portal (depending on whether the user received the email message on a computer or mobile device). This process requires that the user sign in to the portal, if he or she is not already signed in.

**Note:** The Alerts tab is available to site owners only. If you allow other users to sign in to your web portal with their own usernames and passwords, they do not see the Alerts tab at all. In addition, alerts go out to the site owner only, not to other portal users. (You can assign up to three email addresses and up to three mobile phone numbers for text messages in the site owner's user settings. See "Editing Your Profile" on page 96 for more information.)

The types of alerts are:

❑ **Event Alerts:** When something happens (See "Event Alerts" on page 48.)

❑ **Exception Alerts:** When something does not happen (See "Exception Alerts" on page 49.)

❑ **System Event Alerts:** When an unusual system condition occurs (See "Adding System Event Alerts" on page 56.)

The following Alerts tab displays a sampling of different types of alerts.

**Source:** Web Portal User Guide (pg. 46) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

7

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 1 | |
|---|---|

code determining one or more **communication methods** and communication destinations based on the **device identifier** and the **device condition**; and



**Source:** Web Portal User Guide (pg. 47) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

8

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 1 |
| --- |

code **dispatching the enhanced information** to the one or more **communication destinations** using the one or more communication methods; and

## Alerts Tab

### Overview of the Alerts Tab

Alerts provide information about what is happening at your site, so you can be aware of all events, even when you are away. You can set up your system to send email and/or text messages (SMS) to a PC, PDA, or cell phone, alerting you when each type of event occurs or in the absence of an event. You can determine the type of alert and what kinds of events you want to know about.

In addition, you can specify that a picture or video clip accompany the alert. In that case, the email message contains the picture as an attachment or a link to the video clip.

**Note:** Due to their short length and text-based content, text messages do not include picture attachments or video clip links.

The recipient can view the attached picture or click the link to view the video clip in the web or mobile portal (depending on whether the user received the email message on a computer or mobile device). This process requires that the user sign in to the portal, if he or she is not already signed in.

**Note:** The Alerts tab is available to site owners only. If you allow other users to sign in to your web portal with their own usernames and passwords, they do not see the Alerts tab at all. In addition, alerts go out to the site owner only, not to other portal users. (You can assign up to three email addresses and up to three mobile phone numbers for text messages in the site owner's user settings. See "Editing Your Profile" on page 96 for more information.)

The types of alerts are:

❑ **Event Alerts:** When something happens (See "Event Alerts" on page 48.)

❑ **Exception Alerts:** When something does not happen (See "Exception Alerts" on page 49.)

❑ **System Event Alerts:** When an unusual system condition occurs (See "Adding System Event Alerts" on page 56.)

The following Alerts tab displays a sampling of different types of alerts.

**Source:** Web Portal User Guide (pg. 46) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 1 |
|---|

wherein the retrieving enhanced information based on the device identifier and the device condition comprises **retrieving images** based on the device identifier and the device condition, the images comprising all of the members selected from the group consisting of superimposed visual indicators, hierarchically organized graphical images, and vector-based graphical images.



**Source:** Web Portal User Guide (pg. 15) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 1 |
|---|

wherein the retrieving enhanced information based on the device identifier and the device condition comprises retrieving images based on the device identifier and the device condition, the images comprising all of the members selected from the group consisting of **superimposed visual indicators**, hierarchically organized graphical images, and vector-based graphical images.





**Source:** Web Portal User Guide (pg. 15) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf, https://www.adtpulse.com/home/how-pulse-works/portal/home-view.html

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

11

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 1 |
|---------|

wherein the retrieving enhanced information based on the device identifier and the device condition comprises retrieving images based on the device identifier and the device condition, the images comprising all of the members selected from the group consisting of superimposed visual indicators, **hierarchically organized graphical images**, and vector-based graphical images.





**Source:** Web Portal User Guide (pg. 15) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf, https://www.adtpulse.com/home/how-pulse-works/portal/home-view.html

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 1 |
| --- |

wherein the retrieving enhanced information based on the device identifier and the device condition comprises retrieving images based on the device identifier and the device condition, the images comprising all of the members selected from the group consisting of superimposed visual indicators, hierarchically organized graphical images, and **vector-based graphical images**.



**Source:** https://www.adtpulse.com/home/how-pulse-works/portal/home-view.html, https://www.youtube.com/watch?v=LChlyN6Gzxs

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

Claim 1

wherein the retrieving enhanced information based on the device identifier and the device condition comprises retrieving images based on the device identifier and the device condition, the images comprising all of the members selected from the group consisting of superimposed visual indicators, hierarchically organized graphical images, and **vector-based graphical images**.



**Source:** https://www.adtpulse.com/home/how-pulse-works/portal/home-view.html, https://www.youtube.com/watch?v=LChlyN6Gzxs, Web Portal User Guide (pg. 15) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 2 |
|---------|

The medium of claim 1, wherein the code receiving one or more signals containing a device identifier and a device condition from one or more remote alarm monitoring systems comprises code receiving one or more signals containing a device identifier for a **smoke detector**, a pull station, a **security detector**, a **carbon monoxide detector**, and a check-in monitor from one or more remote alarm monitoring systems.



**Source:** https://www.adt.com/pulse

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

15

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 2 |
| --- |

The medium of claim 1, wherein the code receiving one or more signals containing a device identifier and a device condition from one or more remote alarm monitoring systems comprises code receiving one or more signals containing a device identifier for a smoke detector, a pull station, a security detector, a carbon monoxide detector, and a **check-in monitor from one or more remote alarm monitoring systems**.



**Managing Access Codes**

An access code is a sequence of numbers that is required to arm or disarm the security system, and to access other protected security system functions. If desired, a unique access code can be created (at the security panel keypad or on a touch screen) for each person who will use the security system, so that history and alerts will indicate which access code was used to arm or disarm the system.

| Name ▲ | Zone | Device Type |
| --- | --- | --- |
| **System** | | |
| ● Security Panel | | Honeywell Security: Security Panel - Vista-20PSIA/20PSIACN |
| ● iScreen | | NETGEAR: 7" Touch Screen (HSS101) |
| ● Touch Screen | | GE Security: 7" Touch Screen |
| ● Gateway | | iControl Networks: iHub-3000 |
| **Sensors** | | |
| ● Back Door | 2 | Door/Window Sensor |
| ● Front Door | 1 | Door/Window Sensor |
| ● Gun Cabinet | 5 | Door/Window Sensor |
| ● Kitchen Window | 4 | Door/Window Sensor |
| ● Motion Sensor | 3 | Motion Sensor |
| **Cameras** | | |
| ● Front Door Camera | | Wireless Camera Model RC8021 |
| ● Gun Cabinet Camera | | Wireless Camera Model RC8021 |
| **Other Devices** | | |
| ● Entertainment Center | | Z-Wave Switch - On/Off |
| ● Hallway Lamp | | Z-Wave Switch - Dimmer |
| ● Thermostat | | RCS: Thermostat Model TZ43/TZ45 |

**Source:** Web Portal User Guide (pg. 78, 108) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 3 |
|---|

The medium of claim 1, wherein the code receiving one or more signals containing a device identifier and a device condition from one or more remote alarm monitoring systems comprises code receiving one or more signals containing a device condition of **normal**, **fault**, and **supervisory** from one or more remote alarm monitoring systems.

**Notable Events**

The Notable Events section displays security panel and sensor activity over the last seven days that might be considered unusual or requires your attention. The types of activities that generate notable events are:

❑ Security system arming and disarming

❑ Security system alarms and cleared alarms (including the sensors associated with each)

❑ Trouble with security system components (security panel or sensors), such as low-battery, AC power loss (for security panel), or tamper conditions

❑ Tripped conditions in life-safety sensors (such as smoke detectors) or environmental sensors (such as freeze sensors), which might or might not be associated with a security panel alarm

❑ Bypassed sensors

**Source:** Web Portal User Guide (pg. 18) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 6 |
| --- |

The medium of claim 1, wherein the code retrieving enhanced information based on the device identifier and the device condition comprises code retrieving enhanced information including one or more **communication links** based on the device identifier and the device condition.



**Source:** Web Portal User Guide (pg. 15) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 6 |
|---|

The medium of claim 1, wherein the code retrieving enhanced information based on the device identifier and the device condition comprises code retrieving enhanced information including one or more **communication links** based on the device identifier and the device condition.

## Alerts Tab

### Overview of the Alerts Tab

Alerts provide information about what is happening at your site, so you can be aware of all events, even when you are away. You can set up your system to send email and/or text messages (SMS) to a PC, PDA, or cell phone, alerting you when each type of event occurs or in the absence of an event. You can determine the type of alert and what kinds of events you want to know about.

In addition, you can specify that a picture or video clip accompany the alert. In that case, the email message contains the picture as an attachment or a link to the video clip.

**Note:** Due to their short length and text-based content, text messages do not include picture attachments or video clip links.

The recipient can view the attached picture or click the link to view the video clip in the web or mobile portal (depending on whether the user received the email message on a computer or mobile device). This process requires that the user sign in to the portal, if he or she is not already signed in.

**Note:** The Alerts tab is available to site owners only. If you allow other users to sign in to your web portal with their own usernames and passwords, they do not see the Alerts tab at all. In addition, alerts go out to the site owner only, not to other portal users. (You can assign up to three email addresses and up to three mobile phone numbers for text messages in the site owner's user settings. See "Editing Your Profile" on page 96 for more information.)

The types of alerts are:

❏ **Event Alerts:** When something happens (See "Event Alerts" on page 48.)

❏ **Exception Alerts:** When something does not happen (See "Exception Alerts" on page 49.)

❏ **System Event Alerts:** When an unusual system condition occurs (See "Adding System Event Alerts" on page 56.)

The following Alerts tab displays a sampling of different types of alerts.

**Source:** Web Portal User Guide (pg. 15) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

19

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 7 |
| --- |

The medium of claim 6, wherein the code retrieving enhanced information including one or more communication links based on the device identifier and the device condition comprises code retrieving enhanced information including one or more **communication links organized on one or more graphical images** based on the device identifier and the device condition.



**Source:** Web Portal User Guide (pg. 15) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 8 |
| --- |

The medium of claim 1, wherein the code retrieving enhanced information based on the device identifier and the device condition comprises code retrieving enhanced information including **written information** based on the device identifier and the device condition.



**Source:** Web Portal User Guide (pg. 15) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

Claim 9

The medium of claim 8, wherein the code retrieving enhanced information including written information based on the device identifier and the device condition comprises code retrieving enhanced information including **date/time information**, **account information**, **premises information**, device information, condition information, support information, **contact information**, linked information, and **instructional information** based on the device identifier and the device condition.



**Source:** Web Portal User Guide (pg. 11, 15, 47, 96) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

22

Claim 9

The medium of claim 8, wherein the code retrieving enhanced information including written information based on the device identifier and the device condition comprises code retrieving enhanced information including date/time information, account information, premises information, **device information**, **condition information**, support information, contact information, linked information, and instructional information based on the device identifier and the device condition.



**Source:** Web Portal User Guide (pg. 15) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 11 |
| --- |

The medium of claim 1, wherein the code determining one or more communication methods and communication destinations based on the device identifier and the device condition comprises code determining one or more communication methods of **email**, **text message**, instant message, website link, **phone**, and mail based on the device identifier and the device condition.

## Alerts Tab

### Overview of the Alerts Tab

Alerts provide information about what is happening at your site, so you can be aware of all events, even when you are away. You can set up your system to send email and/or text messages (SMS) to a PC, PDA, or cell phone, alerting you when each type of event occurs or in the absence of an event. You can determine the type of alert and what kinds of events you want to know about.

In addition, you can specify that a picture or video clip accompany the alert. In that case, the email message contains the picture as an attachment or a link to the video clip.

**Note:** Due to their short length and text-based content, text messages do not include picture attachments or video clip links.

The recipient can view the attached picture or click the link to view the video clip in the web or mobile portal (depending on whether the user received the email message on a computer or mobile device). This process requires that the user sign in to the portal, if he or she is not already signed in.

**Note:** The Alerts tab is available to site owners only. If you allow other users to sign in to your web portal with their own usernames and passwords, they do not see the Alerts tab at all. In addition, alerts go out to the site owner only, not to other portal users. (You can assign up to three email addresses and up to three mobile phone numbers for text messages in the site owner's user settings. See "Editing Your Profile" on page 96 for more information.)

The types of alerts are:

❑ **Event Alerts:** When something happens (See "Event Alerts" on page 48.)

❑ **Exception Alerts:** When something does not happen (See "Exception Alerts" on page 49.)

❑ **System Event Alerts:** When an unusual system condition occurs (See "Adding System Event Alerts" on page 56.)

The following Alerts tab displays a sampling of different types of alerts.

**Source:** Web Portal User Guide (pg. 46) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

24

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 12 |
| --- |

The medium of claim 1, wherein the code determining one or more communication methods and communication destinations based on the device identifier and the device condition comprises code determining one or more device communication destinations of a **personal computer**, a **phone**, a **mobile device**, a display, and a custom device based on the device identifier and the device condition.

## Alerts Tab

### Overview of the Alerts Tab

Alerts provide information about what is happening at your site, so you can be aware of all events, even when you are away. You can set up your system to send email and/or text messages (SMS) to a PC, PDA, or cell phone, alerting you when each type of event occurs or in the absence of an event. You can determine the type of alert and what kinds of events you want to know about.

In addition, you can specify that a picture or video clip accompany the alert. In that case, the email message contains the picture as an attachment or a link to the video clip.

**Note:**   Due to their short length and text-based content, text messages do not include picture attachments or video clip links.

The recipient can view the attached picture or click the link to view the video clip in the web or mobile portal (depending on whether the user received the email message on a computer or mobile device). This process requires that the user sign in to the portal, if he or she is not already signed in.

**Note:**   The Alerts tab is available to site owners only. If you allow other users to sign in to your web portal with their own usernames and passwords, they do not see the Alerts tab at all. In addition, alerts go out to the site owner only, not to other portal users. (You can assign up to three email addresses and up to three mobile phone numbers for text messages in the site owner's user settings. See "Editing Your Profile" on page 96 for more information.)

The types of alerts are:

❑ **Event Alerts:** When something happens (See "Event Alerts" on page 48.)

❑ **Exception Alerts:** When something does not happen (See "Exception Alerts" on page 49.)

❑ **System Event Alerts:** When an unusual system condition occurs (See "Adding System Event Alerts" on page 56.)

The following Alerts tab displays a sampling of different types of alerts.

**Source:** Web Portal User Guide (pg. 46) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

25

EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse

| Claim 13 |
|---|

The medium of claim 1, wherein the code determining one or more communication methods and communication destinations based on the device identifier and the device condition comprises code determining one or more entity communication destinations of an authority, a first responder, a service company, **an owner**, a manager, a staff, an occupant, a supplier, a customer, a neighbor, and a custom entity based on the device identifier and the device condition.



**Source:** Web Portal User Guide (pg. 96) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 13 |
|---|

The medium of claim 1, wherein the code determining one or more communication methods and communication destinations based on the device identifier and the device condition comprises code determining one or more entity communication destinations of **an authority, a first responder, a service company,** an owner, **a manager, a staff, an occupant, a supplier, a customer, a neighbor, and a custom entity** based on the device identifier and the device condition.

### Changing Your Email Address and Alert Destinations

The system sends system alerts and service emails to the site owner. Site owners can specify up to three email addresses and up to three mobile phone numbers for alerts and notifications. Non-site owners can specify only one email address, which is used for service emails; for example, for resetting passwords.

**Note:** When the system sends out an alert, it sends email and/or text messages to all email addresses and mobile phone numbers specified. However, the system sends service email messages (such as password resetting instructions) to the first email address only.

**For non-site owners**

| | | |
|---|---|---|
| **Username:** | mdaniels | Change |
| **Display Name:** | Matt Daniels | Change |
| **Language and Region:** | English (United States) | Change |
| **Temperature Units:** | Fahrenheit | Change |
| **Password:** | ******** | Change |
| **Security Questions:** | | Change |
| **Sites I can access:** | Emily Daniels Home<br>Mom's Apartment | Change |
| **Email Address:** | cheryl@icontrol.com<br>For account messages and alerts | Change |
| **Mobile Numbers:** | 6506785768 AT&T foriPhone<br>6503458765 Verizon<br>For text message alerts | |

**Source:** Web Portal User Guide (pg. 97,105) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

27

Claim 14

The medium of claim 1, wherein the code dispatching the enhanced information to the one or more communication destinations using the one or more communication methods comprises code dispatching the enhanced information **automatically without requiring operator intervention** to the one or more communication destinations using the one or more communication methods.

## Alerts Tab

### Overview of the Alerts Tab

Alerts provide information about what is happening at your site, so you can be aware of all events, even when you are away. You can set up your system to send email and/or text messages (SMS) to a PC, PDA, or cell phone, alerting you when each type of event occurs or in the absence of an event. You can determine the type of alert and what kinds of events you want to know about.

In addition, you can specify that a picture or video clip accompany the alert. In that case, the email message contains the picture as an attachment or a link to the video clip.

**Note:** Due to their short length and text-based content, text messages do not include picture attachments or video clip links.

The recipient can view the attached picture or click the link to view the video clip in the web or mobile portal (depending on whether the user received the email message on a computer or mobile device). This process requires that the user sign in to the portal, if he or she is not already signed in.

**Note:** The Alerts tab is available to site owners only. If you allow other users to sign in to your web portal with their own usernames and passwords, they do not see the Alerts tab at all. In addition, alerts go out to the site owner only, not to other portal users. (You can assign up to three email addresses and up to three mobile phone numbers for text messages in the site owner's user settings. See "Editing Your Profile" on page 96 for more information.)

The types of alerts are:

❑ **Event Alerts:** When something happens (See "Event Alerts" on page 48.)

❑ **Exception Alerts:** When something does not happen (See "Exception Alerts" on page 49.)

❑ **System Event Alerts:** When an unusual system condition occurs (See "Adding System Event Alerts" on page 56.)

The following Alerts tab displays a sampling of different types of alerts.

**Source:** Web Portal User Guide (pg. 46) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

28

EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse

| Claim 15 |
|----------|

The medium of claim 1, further comprising code receiving enhanced information, code providing one or more communication methods, and code providing one or more communication destinations via a **user interface that is remotely accessible**.

❑ Click **My Profile History** to view your recent history of access to your site from <u>the web portal,</u> <u>mobile portal, and iPhone App.</u>

**Editing Your Profile**

You can change your user settings by editing your profile.

**Note:** Depending on your system configuration, you might not be able to change some of the settings on this page.

**To edit your profile:**

1. Click the **System** tab, if it is not already displayed.

2. Click **My Profile**.

   The My Profile page appears.

   **For the site owner**

   | | | |
   |---|---|---|
   | **Username:** | edaniels | Change |
   | **Display Name:** | Emily Daniels | Change |
   | **Language and Region:** | English (United States) | Change |
   | **Temperature Units:** | Fahrenheit | Change |
   | **Password:** | ******** | Change |
   | **Security Questions:** | Stored | Change |

   | | |
   |---|---|
   | **Sites I own:** | 0060350343cf |

   | | | |
   |---|---|---|
   | **Sends alerts for sites I own to...** | | Change |
   | **Email Addresses:** | edaniels5@gmail.com | |
   | | For account messages and alerts | |
   | **Mobile Numbers:** | 6506786768 AT&T for iPhone | |
   | | 6503458765 Verizon | |
   | | For text message alerts | |

**Source:** Web Portal User Guide (pg. 79, 96) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 17 |
| --- |

A computerized system comprising a **central monitoring system** **receiving one or more signals** containing a device identifier and a device condition from one or more remote alarm monitoring systems,



**Source:** https://www.cepro.com/article/architecture_of_adt_pulse_what_it_can_cannot_do

EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse

Claim 17

A computerized system comprising a central monitoring system receiving one or more signals containing a **device identifier** and a device condition from one or more remote alarm monitoring systems,

## Z-Wave™

### The heart of ADT Pulse

It's what makes a smart home smart. ADT Pulse relies on Z-wave wireless technology to help your home's electronics talk to each other, and to you. It unifies them into an integrated network, and can be added to almost any electronic device in your house.

# Introduction to Z-Wave

Z-Wave™ is a technology that uses radio frequency (RF) signals to control compatible devices. Using RF signals allows wireless control of the devices, so there's no need to run new wires around the home.

Each Z-Wave device is assigned a unique identification number, or "node ID", to distinguish it from other Z-Wave devices. So even if you have ten of the same type of light switches installed, each one will have its own node ID. The node is not factory-set – it's set at the time the device is added to the Z-Wave "network". This is done when the device is synced to the Z-Wave Remote Control Unit.

Network refers to the collection of Z-Wave devices in the home.

**Source:** https://www.adtpulse.com/home/how-pulse-works/z-wave.html,
https://www.homeseer.com/support/homeseer/WebHelp2/features/features_zwave_intro.htm

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

31

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 17 |
|---|

A computerized system comprising a central monitoring system receiving one or more signals containing a **device identifier** and a **device condition** from one or more remote alarm monitoring systems,



**Source:** Web Portal User Guide (pg. 15) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

32

| Claim 17 |
|---|

retrieving **enhanced information** based on the device identifier and the device condition,



**Source:** Web Portal User Guide (pg. 15) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

33

| Claim 17 |

retrieving enhanced information based on the **device identifier** and the **device condition**,



**Source:** Web Portal User Guide (pg. 15) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

34

| Claim 17 |
|---|

determining one or more **communication methods** and **communication destinations** based on the device identifier and the device condition, and

## Alerts Tab

### Overview of the Alerts Tab

Alerts provide information about what is happening at your site, so you can be aware of all events, even when you are away. You can set up your system to send email and/or text messages (SMS) to a PC, PDA, or cell phone, alerting you when each type of event occurs or in the absence of an event. You can determine the type of alert and what kinds of events you want to know about.

In addition, you can specify that a picture or video clip accompany the alert. In that case, the email message contains the picture as an attachment or a link to the video clip.

**Note:** Due to their short length and text-based content, text messages do not include picture attachments or video clip links.

The recipient can view the attached picture or click the link to view the video clip in the web or mobile portal (depending on whether the user received the email message on a computer or mobile device). This process requires that the user sign in to the portal, if he or she is not already signed in.

**Note:** The Alerts tab is available to site owners only. If you allow other users to sign in to your web portal with their own usernames and passwords, they do not see the Alerts tab at all. In addition, alerts go out to the site owner only, not to other portal users. (You can assign up to three email addresses and up to three mobile phone numbers for text messages in the site owner's user settings. See "Editing Your Profile" on page 96 for more information.)

The types of alerts are:

❑ **Event Alerts:** When something happens (See "Event Alerts" on page 48.)

❑ **Exception Alerts:** When something does not happen (See "Exception Alerts" on page 49.)

❑ **System Event Alerts:** When an unusual system condition occurs (See "Adding System Event Alerts" on page 56.)

The following Alerts tab displays a sampling of different types of alerts.

**Source:** Web Portal User Guide (pg. 46) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

35

EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse

Claim 17

determining one or more **communication methods** and communication destinations based on the **device identifier** and the **device condition**, and



**Source:** Web Portal User Guide (pg. 47) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

Claim 17

**dispatching the enhanced information** to the one or more **communication destinations** using the one or more communication methods,

## Alerts Tab

### Overview of the Alerts Tab

Alerts provide information about what is happening at your site, so you can be aware of all events, even when you are away. You can set up your system to send email and/or text messages (SMS) to a PC, PDA, or cell phone, alerting you when each type of event occurs or in the absence of an event. You can determine the type of alert and what kinds of events you want to know about.

In addition, you can specify that a picture or video clip accompany the alert. In that case, the email message contains the picture as an attachment or a link to the video clip.

**Note:**   Due to their short length and text-based content, text messages do not include picture attachments or video clip links.

The recipient can view the attached picture or click the link to view the video clip in the web or mobile portal (depending on whether the user received the email message on a computer or mobile device). This process requires that the user sign in to the portal, if he or she is not already signed in.

**Note:**   The Alerts tab is available to site owners only. If you allow other users to sign in to your web portal with their own usernames and passwords, they do not see the Alerts tab at all. In addition, alerts go out to the site owner only, not to other portal users. (You can assign up to three email addresses and up to three mobile phone numbers for text messages in the site owner's user settings. See "Editing Your Profile" on page 96 for more information.)

The types of alerts are:

❑   **Event Alerts:** When something happens (See "Event Alerts" on page 48.)

❑   **Exception Alerts:** When something does not happen (See "Exception Alerts" on page 49.)

❑   **System Event Alerts:** When an unusual system condition occurs (See "Adding System Event Alerts" on page 56.)

The following Alerts tab displays a sampling of different types of alerts.

**Source:** Web Portal User Guide (pg. 46) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 17 |
| --- |

wherein the enhanced information based on the device identifier and the device condition comprises **images** based on the device identifier and the device condition, the images comprising all of the members selected from the group consisting of superimposed visual indicators, hierarchically organized graphical images, and vector-based graphical images.



**Source:** Web Portal User Guide (pg. 15) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

38

**EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse**

| Claim 17 |
|---|

wherein the enhanced information based on the device identifier and the device condition comprises images based on the device identifier and the device condition, the images comprising all of the members selected from the group consisting of **superimposed visual indicators**, hierarchically organized graphical images, and vector-based graphical images.





**Source:** Web Portal User Guide (pg. 15) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf, https://www.adtpulse.com/home/how-pulse-works/portal/home-view.html

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

39

EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse

| Claim 17 |
| --- |

wherein the enhanced information based on the device identifier and the device condition comprises images based on the device identifier and the device condition, the images comprising all of the members selected from the group consisting of superimposed visual indicators, **hierarchically organized graphical images**, and vector-based graphical images.





**Source:** Web Portal User Guide (pg. 15) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf, https://www.adtpulse.com/home/how-pulse-works/portal/home-view.html

Discovery is ongoing, and Applied Capital reserves the right to amend or supplement as permitted by the scheduling order (Dkt. 77).

40

EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse

| Claim 17 |

wherein the enhanced information based on the device identifier and the device condition comprises images based on the device identifier and the device condition, the images comprising all of the members selected from the group consisting of superimposed visual indicators, hierarchically organized graphical images, and **vector-based graphical images**.



**Source:** https://www.adtpulse.com/home/how-pulse-works/portal/home-view.html, https://www.youtube.com/watch?v=LChlyN6Gzxs

EXHIBIT T - U.S. Patent No. 9,728,082 – ADT Pulse

| Claim 17 |

wherein the enhanced information based on the device identifier and the device condition comprises images based on the device identifier and the device condition, the images comprising all of the members selected from the group consisting of superimposed visual indicators, hierarchically organized graphical images, and **vector-based graphical images**.



**Source:** https://www.adtpulse.com/home/how-pulse-works/portal/home-view.html, https://www.youtube.com/watch?v=LChlyN6Gzxs, Web Portal User Guide (pg. 15) https://www.adt.com/content/dam/adt/downloads/manuals/Web_Portal_User_Guide_2.pdf