IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| APPLIED CAPITAL, INC., | Civil Action No. 1:16-cv-815-WJ-SCY |
|---|---|
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| THE ADT CORPORATION and ADT LLC, | |
| Defendants. | |

## FIFTH AMENDED PATENT SCHEDULING ORDER

The Court enters the following case management deadlines:

| Date | Event |
|---|---|
| March 24, 2021 | Telephonic Status Conference at 3:30 a.m. The parties shall call the AT&T Conference line at (888) 398-2342 [Access Code: 2418431] to connect to the proceedings. |
| April 14, 2021 | Plaintiff's deadline to file motion to update damages, if it chooses |
| April 23, 2021 | Parties to submit proposed supplemental questions for the voir dire questionnaire, noting whether each question is stipulated or which side objects to a question |
| April 30, 2021 | Submit to the Court a modified proposed pretrial order with dates modified for the June trial |
| April 30, 2021 | Parties to exchange deposition counter-designation objections and counter-counter designations |
| April 30, 2021 | Motions in Limine |
| May 14, 2021 | File objections to witness list |
| May 21, 2021 | Response to Motions in Limine |
| May 21, 2021 | Exchange of electronic copies of exhibits, and exhibit binders delivered to court |
| May 21, 2021 | Witness list in order to be called delivered to court |

1

| Date | Event |
|---|---|
| May 26, 2021 | File and e-mail to court proposed jury instructions and verdict forms |
| June 2, 2021 9:30 a.m. | Final Pretrial Conference before Magistrate Judge Yarbrough by Zoom video conference |
| June 2, 2021 | File modified exhibit list indicating whether an exhibit is objected to, and if so, providing a short description of the nature of the objection |
| June 2, 2021 | File written objections to proposed jury instructions of other party |
| June 2, 2021 | Joint statement of the case and proposed voir dire |
| June 9, 2021 | Objections to voir dire |
| June 16, 2021 | Jury Selection/Trial before Judge Bataillon starting at 9:00 a.m.; courtroom to be determined |

SIGNED this 1st day of April, 2021.

_____
Steven C. Yarbrough
United States Magistrate Judge